UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROYAL WATERBEDS, INC. and BOYD STL RETAIL PROPERTIES, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNION INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:23 CV 1194 JMB<br>)<br>)<br>)<br>) |

# JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that pursuant to the Memorandum and Order entered on this day, judgment is granted in favor of Defendant and against Plaintiffs on the Complaint and Counterclaim. This matter is accordingly **DISMISSED with prejudice**.

                                                           */s/ John M. Bodenhausen*
                                                           JOHN M. BODENHAUSEN
                                                           UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of June, 2025